PETER D. KEISLER
Assistant Attorney General
McGREGOR W. SCOTT
United States Attorney
THEODORE C. HIRT
Assistant Branch Director
ROBERT J. KATERBERG, D.C. Bar No. 466325
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Tel.:    (202) 616-8298
Fax:    (202) 616-8460
Email: Robert.Katerberg@usdoj.gov

Attorneys for Federal Defendants the United States Congress,
Peter LeFevre, the United States of America,
John William Snow, Henrietta Holsman Fore, and
Thomas A. Ferguson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REV. DR. MICHAEL A. NEWDOW, in pro per,<br><br>Plaintiff,<br><br>v.<br><br>THE CONGRESS OF THE UNITED STATES OF AMERICA, et al.,<br><br>Defendants, and<br><br>PACIFIC JUSTICE INSTITUTE,<br><br>Intervenor-Defendant. | CASE NO. 2:05-CV-02339-FCD-PAN<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND SET BRIEFING SCHEDULE FOR DISPOSITIVE MOTION; ORDER**<br><br>"AS MODIFIED" |

The parties to this action, plaintiff Rev. Dr. Michael A. Newdow; defendants the United States Congress; Peter LeFevre, Law Revision Counsel; the United States of America; John William Snow, Secretary of the Treasury; Henrietta Holsman Fore, Director, United States Mint; and Thomas A. Ferguson, Director, Bureau of Engraving and Printing (the "Federal Defendants"); and Intervenor-Defendant Pacific Justice Institute ("Intervenor-Defendant"), jointly stipulate as follows.

STIPULATION TO EXTEND TIME AND SET BRIEFING SCHEDULE;  ORDER

1.    This action was filed on November 18, 2005. The Federal Defendants received service of the complaint and summons on December 15, 2005. On January 6, 2006, the Court granted Intervenor-Defendant's motion to intervene.

2.    Absent an extension, the Federal Defendants' answer or response to the complaint would be due on or about February 13, 2006. The Federal Defendants anticipate responding to the complaint by filing a Fed. R. Civ. P. 12(b) motion. To provide adequate time to prepare this motion, the Federal Defendants seek a two-week extension, to February 27, 2006. All parties stipulate to this extension.

3.    The parties respectfully suggest that judicial economy will be best served by allowing Intervenor-Defendant to respond to the complaint shortly after the Federal Defendants do so, as proposed below. This approach will promote efficient briefing and avoid needless duplication by enabling Intervenor-Defendant to focus its submission on any matters it deems not adequately covered by the Federal Defendants' motion, and/or to join in arguments made by the Federal Defendants, as appropriate.

4.    To enable adequate and thorough briefing of the various issues raised by plaintiff's complaint, by the Federal Defendants' upcoming motion to dismiss, and by the Intervenor-Defendant's upcoming submission, and for the convenience of the parties and the Court, the parties stipulate to the following briefing schedule for the Fed. R. Civ. P. 12(b) motion to be filed by the Federal Defendants.

| | |
|---|---|
| Monday, February 27, 2006 | Federal Defendants to file 12(b) motion |
| Friday, March 3 | Intervenor-Defendant to file motion, joinder, or other response to complaint |
| Monday, March 20 | Plaintiff to file opposition memorandum or memoranda |
| Friday, March 31 | Defendants to file reply memorandum or memoranda |
| Friday, April 21 | Motion hearing |

5.    The parties believe that allowing briefing to proceed along the foregoing schedule is appropriate and will best aid the Court in its consideration of the issues in this case.

///

|   |   |
|---|---|
|   | Respectfully Submitted, |
|   | PETER D. KEISLER<br>Assistant Attorney General |
|   | McGREGOR W. SCOTT<br>United States Attorney |
|   | THEODORE C. HIRT<br>Assistant Branch Director |

Dated: January 20, 2006         /s/ Robert J. Katerberg
                               ROBERT J. KATERBERG, D.C. Bar No. 466325
                               Trial Attorney
                               U.S. Department of Justice
                               Civil Division, Federal Programs Branch
                               P.O. Box 883
                               Washington, D.C. 20044
                               Tel.:   (202) 616-8298
                               Fax:   (202) 616-8460
                               Email: Robert.Katerberg@usdoj.gov

                               Attorneys for Federal Defendants the United States Congress, Peter LeFevre, The United States of America, John William Snow, Henrietta Holsman Fore, and Thomas A. Ferguson

Dated: January ____, 2006      _____
                               MICHAEL A. NEWDOW, in pro per

                               Plaintiff

Dated: January ____, 2006      _____
                               KEVIN T. SNIDER, State Bar No. 159690

                               Attorney for Intervenor-Defendant
                               Pacific Justice Institute

## **ORDER**

Pursuant to the parties stipulation the court shall set a briefing schedule for the Federal Defendants Fed. R. Civ. P. 12(b) motion . However, in light of the court's trial schedule the court modifies the briefing schedule as follows:

| | |
|---|---|
| Monday, March 27, 2006 | Federal Defendants to file 12(b) motion |
| Friday, March 31, 2006 | Intervenor-Defendant to file motion, joinder, or other response to complaint |
| Monday, April 17, 2006 | Plaintiff to file opposition memorandum or memoranda |
| Friday, April 28, 2006 | Defendants to file reply memorandum or memoranda |
| Friday, May 19, 2006 at 10:00 a.m. | Motion hearing |

Dated: January 24, 2006

/s/ Frank C. Damrell Jr.
THE HONORABLE FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE