**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL A. NEWDOW,<br>            Plaintiff,<br><br>     v.<br><br>CONGRESS OF THE UNITED<br>STATES OF AMERICA, et al.,<br>            Defendants. | No. 2:05-cv-02339-FCD-PAN<br><br>**ORDER GRANTING<br>MOTION FOR LEAVE TO FILE<br>AN AMICI CURIAE BRIEF** |

This matter is before the Court on the motion of the American Center for Law and Justice, United States Senator Jim DeMint, and United States Representatives Robert B. Aderholt, W. Todd Akin, Roscoe G. Bartlett, Kevin Brady, John Campbell, Steve Chabot, Chris Chocola, K. Michael Conaway, Geoff Davis, Jo Ann Davis, Phil English, Tom Feeney, Virginia Foxx, Trent Franks, Scott Garrett, Phil Gingrey, Virgil H. Goode, Jr., Gil Gutknecht, J.D. Hayworth, Jeb Hensarling, Wally Herger, Bob Inglis, Ernest J. Istook, Jr., Bobby Jindal, Sam Johnson, Michael T. McCaul, Patrick T. McHenry, Sue Wilkins Myrick, Randy Neugebauer, Charlie Norwood, Mike Pence, Charles W. "Chip" Pickering, Todd Russell Platts, Dana Rohrabacher, Paul Ryan, Jim Ryun, John B. Shadegg, Michael E. Sodrel, Mark E. Souder, Thomas G. Tancredo, Lee Terry, Todd Tiahrt, Zach Wamp, Dave Weldon, Lynn A. Westmoreland, and Roger F. Wicker for leave to file the accompanying brief as amici curiae in support of Defendants' Motion to Dismiss. All parties have consented to the filing of the brief.

1  Upon consideration of the motion, it is hereby ORDERED that the motion for leave to
2  file an amici curiae brief in support of Defendants' Motion to Dismiss is GRANTED.  The amici
3  curiae brief filed as Attachment 1 to motion is deemed filed as of March 31, 2006.
4  IT IS SO ORDERED.
5  Dated: March 31, 2006

6  /s/ Frank C. Damrell Jr.
   Frank C. Damrell, Jr.
7  UNITED STATES DISTRICT JUDGE