1  Edward L. White III* (MI P62485)
   Thomas More Law Center
2  24 Frank Lloyd Wright Drive
   P.O. Box 393
3  Ann Arbor, Michigan 48106
   (734) 827-2001; Fax: (734) 930-7160
4  ewhite@thomasmore.org
   *Pro hac vice application pending
5

6  Charles S. LiMandri (Calif. Bar No. 110841)
   Law Offices of Charles S. LiMandri
7  West Coast Office—Thomas More Law Center
   16236 San Dieguito Road
8  Building 3, Suite 3-15
   Rancho Sante Fe, California 92067
9  (858) 759-9930; Fax: (858) 759-9938
   climandri@limandri.com
10

11 Mark A. Thiel (Calif. Bar No. 182045)
   Law Office of Mark A. Thiel
12 1743 Grand Canal Blvd., Suite 10
   Stockton, California 95207
13 (209) 951-9600; Fax: (209) 951-0863
   thiellaw@inreach.com
14 *Local Counsel*
   Attorneys for amicus curiae

15                  **UNITED STATES DISTRICT COURT**
                    **EASTERN DISTRICT OF CALIFORNIA**
16

17 REV. DR. MICHAEL A. NEWDOW,          CASE NO. 2:05-CV-2339-FCD-PAN
          Plaintiff,
18
   v.
19                                       **ORDER GRANTING THE MOTION BY**
   THE CONGRESS OF THE UNITED            **THE THOMAS MORE LAW CENTER,**
20 STATES OF AMERICA, et al.,            **AMICUS CURIAE, FOR LEAVE TO**
          Defendants, and                **FILE ITS AMICUS CURIAE BRIEF IN**
21                                       **SUPPORT OF THE DISMISSAL OF**
   PACIFIC JUSTICE INSTITUTE,            **THIS ACTION**
22        Intervenor-Defendant.

23 _____

24     Before this court is the motion by the Thomas More Law Center, amicus curiae, for leave to

25 file its amicus curiae brief in support of the dismissal of this action. The motion is GRANTED, and

Proposed Order Granting Unopposed Motion of the Thomas More Law Center,
Amicus Curiae, For Leave to File Amicus Brief In Support of The Dismissal of This Action

the Thomas More Law Center's amicus curiae brief listed as Attachment 1 to the motion is deemed filed as of March 31, 2006.

Dated: March 31, 2006

                                     /s/ Frank C. Damrell Jr.
                                     The Honorable Frank C. Damrell, Jr.
                                     United States District Judge